# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| KYLE MELONE, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON FULFILLMENT SERVICES, INC., LG ELECTRONICS U.S.A., INC., and KMG-IMPORTS, LLC, <br><br> Defendants. | C.A. NO. _____ |

## CONSENT TO REMOVAL

Defendant LG Electronics U.S.A, Inc., by and through its undersigned counsel, hereby consents to the removal filed by defendant Amazon Fulfillment Services, Inc. of the matter captioned *Kyle Melone v. Amazon Fulfillment Services, Inc., LG Electronics U.S.A., Inc., and KMG-Imports, LLC*, Civil Action No. PC-2018-1832, which is pending in the Providence Superior Court in Providence, Rhode Island, pursuant to 28 U.S.C. § 1446(b).

Dated: April 11, 2018

Respectfully submitted,

Trevor J. Ingold
Eliot L. Cartwright
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone:   213.250.1800
Facsimile:   213.250.7900
*Attorneys for Defendant
LG Electronics U.S.A., Inc.*

4818-8986-2498.1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KYLE MELONE,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON FULFILLMENT SERVICES,<br>INC., LG ELECTRONICS U.S.A., INC.,<br>and KMG-IMPORTS, LLC,<br><br>    Defendants. | C.A. NO. _____ |

## CONSENT TO REMOVAL

Defendant KMG-Imports, LLC, Inc. hereby consents to the removal filed by defendant Amazon Fulfillment Services, Inc. of the matter captioned *Kyle Melone v. Amazon Fulfillment Services, Inc., LG Electronics U.S.A., Inc., and KMG-Imports, LLC,* Civil Action No. PC-2018-1832, which is pending in the Providence Superior Court in Providence, Rhode Island, pursuant to 28 U.S.C. § 1446(b).

ASSENTED TO:

Defendant, KMG-IMPORTS, LLC
By Its Attorneys
HIGGINS, CAVANAGH & COONEY, LLP

/s/ *James A. Ruggieri*
James A. Ruggieri, Esq. (#2828)
10 Dorrance Street
Providence, RI 02903
(401) 272-3500 (phone)
(401) 273-8780 (fax)
jruggieri@hcc-law.com

139418270.1