# EXHIBIT 3

```
STATE OF RHODE ISLAND                           SUPERIOR COURT
PROVIDENCE, SC
```

|  |  |
|---|---|
| KYLE MELONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. PC-18-1832 |
| ) | |
| AMAZON FULFILLMENT SERVICES, ) | |
| INC., LG ELECTRONICS U.S.A., INC. ) | |
| and KMG-IMPORTS, LLC ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

TO:  Providence County Superior Court          Robert J. McConnell, Esquire
     Civil Clerk's Office                      Vincent L. Green, Esquire
     250 Benefit St, Providence, RI 02903      Motley Rice, LLC
     Providence, RI 02903                      55 Cedar Street, Suite 100
                                               Providence, RI 02903

PLEASE TAKE NOTICE that defendant Amazon Fulfillment Services, Inc. has this day filed a Notice of Removal of the above-captioned matter from the Providence County Superior Court, State of Rhode Island, to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, containing a statement of facts which entitles it to remove the case to the District Court, together with a copy of all pleadings in its possession.

Certified copies of all records, proceedings and docket entries in the Providence Superior Court shall be filed with the District Court pursuant to Local Rule 81.

A copy of the Notice of Removal (without attachments) is attached hereto as <u>Exhibit A</u>. You are respectively advised that pursuant to 28 U.S.C. § 1446(d), the Providence Superior Court shall proceed no further in this action unless and until the action is remanded.

AMAZON FULFILLMENT SERVICES, INC.

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ Christopher R. Howe
Christopher R. Howe (Bar #7629)
chowe@campbell-trial-lawyers.com
One Constitution Plaza, 3rd Floor
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115

## CERTIFICATE OF SERVICE

I, Christopher R. Howe, counsel for defendant Amazon Fulfillment Services, Inc., hereby certify that on April 20, 2018, the foregoing Notice of Removal was electronically filed with the Clerk using the Court's electronic filing system (EFS), Odyssey File and Serve, which will send such notification of such filing to counsel of record. The foregoing document is also available for viewing and/or downloading from EFS

/s/ Christopher R. Howe
Christopher R. Howe